UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00326

**Taylor Ray,**
*Plaintiff,*
v.
**Warden FNU Gruber et al.,**
*Defendants.*

# ORDER

Plaintiff, an inmate proceeding pro se, brought this civil-rights suit alleging that defendants violated his rights by banning all forms of communication between him and his wife based on a false disciplinary conviction imposed without due process. Doc. 1. The case was referred to a magistrate judge, and defendants moved to dismiss. Doc 12. The magistrate judge issued a report recommending that the court deny that motion. Doc. 32. No party timely filed objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Defendants' motion to dismiss (Doc. 12) is denied.

*So ordered by the court on August 19, 2026.*

J. Campbell Barker
United States District Judge